1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT FOR THE
9                         EASTERN DISTRICT OF CALIFORNIA
10
11    DAVID MARTINEZ CASTILLO,                1:11-cv-01289-LJO-BAM (HC)
12              Petitioner,                   ORDER GRANTING RESPONDENT'S
                                              FIRST MOTION FOR EXTENSION OF
13        vs.                                 TIME TO FILE RESPONSIVE PLEADING
14    M. D. BITER,                            (DOCUMENT #14)
15              Respondent.                   THIRTY DAY DEADLINE
16    _____/
17           Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28
18    U.S.C. § 2254.  On October 20, 2011, respondent filed a motion to extend time to file a
19    responsive pleading.  Good cause having been presented to the court and GOOD CAUSE
20    APPEARING THEREFOR, IT IS HEREBY ORDERED that:
21           Respondent is granted thirty days from the date of service of this order in which to file a
22    responsive pleading.
23        IT IS SO ORDERED.
24    Dated:   __October 31, 2011__          _____/s/ Barbara A. McAuliffe_____
25                                              UNITED STATES MAGISTRATE JUDGE
26
27
28