IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MARTINEZ CASTILLO, | 1:11-cv-01289-LJO-BAM (HC) |
| Petitioner, | ORDER GRANTING RESPONDENT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING |
| vs. | |
| M. D. BITER, | (DOCUMENT #14) |
| Respondent. | THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On October 20, 2011, respondent filed a motion to extend time to file a responsive pleading. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent is granted thirty days from the date of service of this order in which to file a responsive pleading.

IT IS SO ORDERED.

Dated: October 31, 2011     /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE