# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MARTINEZ CASTILLO,<br><br>    Petitioner,<br><br>    v.<br><br>M.D. BITTER, Warden,<br><br>    Respondents. | 1:11-CV-01289 LJO BAM HC<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL<br><br>[Doc. #19] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On November 29, 2011, Petitioner filed a request for appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.), cert. denied, 469 U.S. 823 (1984). However, Title 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases. In the present case, the Court does not find that the interests of justice would be served by the appointment of counsel at the present time. Accordingly, the motion to appoint counsel is DENIED.

IT IS SO ORDERED.

Dated:    **December 21, 2011**            /s/ Barbara A. McAuliffe
                                                         UNITED STATES MAGISTRATE JUDGE